# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH MILLER,

    Plaintiff,

vs.

QWEST COMMUNICATIONS COMPANY, LLC, d/b/a CENTURY LINK, *et al.*,

    Defendants.

Case No. 2: 15-cv-01669-APG-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed August 28, 2015. Defendants filed a Motion to Dismiss Part of Plaintiff's Complaint (#17) on October 22, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 21, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 9th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge